**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**

| | | |
|---|---|---|
| DEBRA FRANCHI, INDIVIDUALLY AND AS PARENT AND GUARDIAN OF CF, | ) ) ) | Civ. A. No. 1:08-CV-00395-JL |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| NEW HAMPTON SCHOOL | ) | |
| | ) | |
| Defendant | ) | |

**ANSWER TO SECOND AMENDED COMPLAINT**

NOW COMES Defendant New Hampton School (hereinafter, "NHS"), by and through

counsel, and answers Plaintiff's Second Amended Complaint.  In the interest of brevity, NHS

incorporates the responses and affirmative defenses in its Answer to Plaintiff's First Amended

Complaint (Dkt. Doc. No. 22) herein by reference, and responds to only those allegations

Plaintiff identified as new in her Motion to Amend Amended Complaint.

NHS states as follows:

35.     NHS denies the allegations stated in Paragraph 35 of Plaintiff's Second Amended

Complaint.

40.     NHS denies the allegations stated in Paragraph 40 of Plaintiff's Second Amended

Complaint.

50.     NHS denies the allegations stated in Paragraph 50 of Plaintiff's Second Amended

Complaint.

Respectfully submitted,

/s/ *Edward J. Sackman*
Andréa K. Johnstone, Bar No. 7908
Edward J. Sackman, Bar No. 19586

Attorneys for Defendant New Hampton School

BERNSTEIN SHUR, P.A.
670 North Commercial Street, Suite 108
P.O. Box 1120
Manchester NH 03105-1120
603.623.8700
ajohnstone@bernsteinshur.com
nsackman@bernsteinshur.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of May 2010, Defendant's Answer to Second Amended Complaint was electronically filed using the CM/ECF system which will send notification of such filings(s) to the following:

Peter Hutchins, Esquire
Donna-Marie Cote, Esquire
Wiggin & Nourie, PA
670 N. Commercial St., Suite 305
Manchester NH 03105-0808

/s/ *Edward J. Sackman*
Edward J. Sackman, Bar No. 19586